# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 268 | **DATE** | 11/9/2001 |
| **CASE TITLE** | G.M. Harston Construction Co. et al vs. The City of Chicago et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. We grant the motion for a protective order and deny the motion for a rule to show cause. The documents shall be filed under seal. Status hearing set for November 14, 2001 at 9:45am. to stand.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | Document Number |
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | NOV 14 2001 date docketed | |
| ✓ | Docketing to mail notices. | | | | 41 |
| | Mail AO 450 form. | | | CM docketing deputy initials | |
| | Copy to judge/magistrate judge. | | DOCKETING 01 NOV 13 PM 4: 12 | | |
| WAH | courtroom deputy's initials | | | date mailed notice | |
| | | Date/time received in central Clerk's Office | | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
NOV 1 4 2001

G.M. HARSTON CONSTRUCTION )
CO., INC., and GLENN M. HARSTON, )
)
Plaintiffs, )
)
vs. ) No. 01 C 268
)
THE CITY OF CHICAGO, an Illinois )
municipal corporation, DAVID E. )
MALONE, and HARSTON/ )
SCHWENDENER A JOINT VENTURE, )
)
Defendants. )

## MEMORANDUM OPINION AND ORDER

A protracted discovery dispute has been reduced to a dispute over 23 pages of documents. Actually, it involves less than that, as it involves seven identical or virtually identical copies of two pages, and two identical electronic messages. Defendant submitted those and related documents to the court for an *in camera* examination. It asks for a protective order. Plaintiffs had earlier countered with a motion for a rule to show cause which has largely been overtaken by events. We grant the motion for a protective order and deny the motion for a rule to show cause. The documents shall be filed under seal.

The 23 documents are, indeed, protected as attorney work product. Plaintiffs want to know defendant's negotiation position, and they will learn that when defendant makes an offer. But when? We believe that plaintiffs' real concern – and it is a legitimate concern – is that time is passing during which, the parties apparently agree, defendant owes the plaintiffs a considerable amount of money. The litigation strategy was set last spring. It is time to implement that strategy by a specific offer and an explanation of why the offer is what it is.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 9, 2001.